**In re the Marriage of Mary Elizabeth MEHRHOFF, Appellant,**

v.

**Robert William MEHRHOFF, Respondent.**

**No. 46470.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 2, 1984.

Edward L. Adelman, Clayton, for appellant.

Carl I. Katzen, St. Louis, for respondent.

ORDER

PER CURIAM.

This is an appeal from a dissolution of marriage. The judgment of the trial court is affirmed. Rule 84.16(b).